**U.S. Fish and Wildlife Service**
**United States District Court**
**Violation Notice**

CVB Location Code: A140

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| W 0905066 | S. Callaway | 2160 |

W 0905066

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 08/14/2011 6:38 pm | 50 CFR 27.32 b3 |

Place of Offense: Havasu NWR - CO. River 1/2 mile south of Devil's Elbow

Offense Description: Operating under the influence with alcohol

DEFENDANT INFORMATION Phone: (714 )

| Last Name | First Name | M.I. |
|---|---|---|
| Elmore | Michael | — |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Huntington Beach | CA | 92646 | 1968 |

| Drivers License No. | D.L. State | Social Security No. |
|---|---|---|
| | CA | -4010 |

☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair: Red | Eyes: HZL | Height: 6'00" | Weight: 185

VEHICLE DESCRIPTION VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| | CA | 85 | Sunray | white purple |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ ______ Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ ______ Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) / Time (hh:mm) |
|---|---|
| BLM Office 2755 Mission Blvd. Kingman, AZ 86401 | 09/23/2011 9:30am |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

FWS Form 3-219, Rev. 7/05

Original - CVB Copy

11-04266MP-001-PCT-MEA

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 14, 2011 while exercising my duties as a law enforcement officer in the District of ARIZONA

ON THE HAVASU NATIONAL WILDLIFE REFUGE:

While performing my duties as a uniformed law enforcement officer of the US Fish & Wildlife Service, I was on watercraft patrol on Havasu National Wildlife Refuge. I had stopped the afore mentioned vessel for having a prohibited transom rider which is a violation of state boating law in addition to observing the vessel weaving side to side. After stopping the vessel, I identified myself and informed the operator Michael ELMORE the reason for the stop. During the course of this contact I developed reasonable suspicion to believe. ELMORE was operating a motorized watercraft under the influence of an alcoholic beverage. reasonable suspicion was established by difficultly in locating personal flotation devices, inability to follow instructions, seemed confused during questioning, watery eyes, could smell an odor of an alcoholic beverage from his breath and admitting to having a couple of beers. After completing standardized field sobriety tests I developed probable cause that ELMORE was operating a motorized watercraft while impaired by alcohol and he was placed under arrest. The clues I observed that established probable cause were: inability to follow instructions, difficulty performing divided attention tasks, lack of coordination, lack of motor skills, five out of six clues on HGN. ELMORE was taken into custody and transported to Windsor Beach for evidentiary breath testing. I issued ELMORE a mandatory appearance violation notice #W0905066 for operating a motorized watercraft under the influence of an alcoholic beverage [50 CFR 27.32(b)3]. ELMORE was processed and released to a responsible party without further incident.

The foregoing statement is based upon:

- ☒ my personal observation ☒ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge. NOTHING FURTHER

Executed on: 08/15/2011 August 15, 2011 — Sean Callaway
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

**U.S. Fish and Wildlife Service**
**United States District Court**
**Violation Notice**

CVB Location Code: A140

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| W 0905067 | S. Callaway | 2160 |

W 0905067

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 08/14/2011 6:38 pm | 50 CFR 27.32(b)2 |

Place of Offense: Havasu NWR-CO. River 1/2 mile south of Devil's Elbow

Offense Description

Reckless Operation with Alcohol

DEFENDANT INFORMATION Phone: (714

| Last Name | First Name | M.I. |
|---|---|---|
| Elmore | Michael | — |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Huntington Beach | CA | 92646 | /1968 |

| Drivers License No. | D.L. State | Social Security No. |
|---|---|---|
| | CA | -4010 |

☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair: Red | Eyes: H2L | Height: 6'00" | Weight: 185

VEHICLE DESCRIPTION VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| | CA | 95 | SunRay | white purple |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ ______ Forfeiture Amount

+ $25 Processing Fee

PAY THIS AMOUNT → $ ______ Total Collateral Due

YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) / Time (hh:mm) |
|---|---|
| BLM Office 2755 Mission Blvd Kingman, AZ 86401 | 09/23/2011 09:30 am |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature [signature]

FWS Form 3-219, Rev. 7/05

Original - CVB Copy

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 14, 2011 while exercising my duties as a law enforcement officer in the ARIZONA District of

On the HAVASU NATIONAL WILDLIFE REFUGE

While performing my duties as a uniformed law enforcement officer of the US Fish & Wildlife Service, I was on watercraft patrol on Havasu National Wildlife Refuge. I noticed the described vessel traveling towards Devil's Elbow with a female transom rider above wake-less speed which is a violation of state boating law in addition to vessel being operating in a manner in which it was weaving from side to side. I stopped the said vessel and after introducing myself, I was able to identify the operator of the vessel later as Michael ELMORE. I explained the reason for the stop and ELMORE stated he did not realize there was a transom rider. During the course of this contact I developed a reasonable suspicion that ELMORE was operating his watercraft while impaired by alcohol after observing the following clues; admitted alcohol consumption, could smell an odor of an alcoholic beverage from his breath and watery eyes. After completing standardized field sobriety tests I developed probable cause that ELMORE was operating a motorized watercraft while impaired by alcohol and he was placed under arrest. The clues I observed that established probable cause were: inability to follow instructions, difficulty performing divided attention tasks, lack of coordination, lack of motor skills, five out of six clues on HGN. ELMORE operated in a negligent manner with a passenger on-board that was six years of age. Once my entire investigation was complete, I issued ELMORE a mandatory appearance violation notice # W0905067for reckless operation [50 CFR 27.32 (b) 2].

The foregoing statement is based upon:

--- NOTHING FURTHER ---

☒ my personal observation ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

August 15, 2011 Sean Callaway

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/15/2011 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

**This is an amendment to the original citation number W0905067**

**STATEMENT OF PROBABLE CAUSE**

**(For issuance of an arrest warrant or summons)**

**I state that on August 14, 2011 while exercising my duties as a law enforcement officer in the District of Arizona**

While performing my duties as a uniformed law enforcement officer of the US Fish & Wildlife Service, I was on watercraft patrol on Havasu National Wildlife Refuge. I noticed the described vessel traveling towards Devil's Elbow with a female transom rider above wake-less speed which is a violation of state boating law in addition to vessel being operating in a manner in which it was weaving from side to side. I stopped the said vessel and after introducing myself, I was able to identify the operator of the vessel later as Michael ELMORE. I explained the reason for the stop and ELMORE stated he did not realize there was a transom rider. During the course of this contact I developed a reasonable suspicion that ELMORE was operating his watercraft while impaired by alcohol after observing the following clues; admitted alcohol consumption, could smell an odor of an alcoholic beverage from his breath and watery eyes. After completing standardized field sobriety tests I developed probable cause that ELMORE was operating a motorized watercraft while impaired by alcohol and he was placed under arrest. The clues I observed that established probable cause were: inability to follow instructions, difficulty performing divided attention tasks, lack of coordination, lack of motor skills, five out of six clues on HGN. ELMORE operated in a negligent manner with a passenger on-board that was six years of age. Mr. ELMORE was taken into custody and transported to Windsor Beach for evidentiary breath testing. Mr. ELMORE was observed for a fifteen minute deprivation period and read the Duplicate Breath Test Advisory and Refusal Admonishment before submitting a sample of his breath on the Intoxilyzer 8000.The results of the Intoxilyzer indicated a breath alcohol level of 0.076% at 19:36 hours and 0.071% at 19:43 hours during a successful test sequence. Once my entire investigation was complete, I issued ELMORE a mandatory appearance violation notice # W0905067for reckless operation [50 CFR 27.32 (b) 2].

**--- NOTHING FURTHER ---**

**The Foregoing statement is based upon:**

**X my personal observation X my personal investigation**

**I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.**

**Executed on: August 31, 2011**

**Probable cause has been stated for the issuance of a warrant.**
**Executed on:**

# U.S. Fish and Wildlife Service
# United States District Court
# Violation Notice

CVB Location Code: A140

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| W 0905068 | S. Callaway | 2160 |

W 0905068

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 08/14/2011 8:10 pm

Offense Charged ☒ CFR ☐ USC ☐ State Code: 50 CFR 27.32 b(1)(i)

Place of Offense: Havasu NWR. 1/2 mile south of Devils Elbow

Offense Description: ARS 5-341 b transom rider

**DEFENDANT INFORMATION** Phone: (714

| Last Name | First Name | M.I. |
|---|---|---|
| Elmore | Michael | |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Huntington Beach | CA | 92646 | 1968 |

| Drivers License No. | D.L. State | Social Security No. |
|---|---|---|
| | CA | 5 -4010 |

☒ Adult ☐ Juvenile Sex ☒ Male ☐ Female Hair: Red Eyes: HZL Height: 6'00" Weight: 185

**VEHICLE DESCRIPTION** VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| | CA | 85 | Sunray | white purple |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: BLM office 2755 Mission blvd Kingman, AZ 86401

Date (mm/dd/yyyy): 09/23/2011

Time (hh:mm): 09:30 am

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature [signature]

Original - CVB Copy

FWS Form 3-219, Rev. 7/05

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 14, 2011 while exercising my duties as a law enforcement officer in the District of ARIZONA

On the HAVASU NATIONAL WILDLIFE REFUGE While performing my duties as a uniformed law enforcement officer of the US Fish & Wildlife Service, I was on watercraft patrol on Havasu National Wildlife Refuge. I noticed the described vessel traveling towards Devil's Elbow with a female transom rider above wake-less speed which is a violation of state boating law. I stopped the said vessel and after introducing myself, I was able to identify the operator of the vessel later as Michael ELMORE. I explained the reason for the stop and Mr. ELMORE stated he did not realize there was a transom rider. I conducted a further investigation and once my investigation was complete, I issued Mr. ELMORE a mandatory appearance violation notice # W0905068 for operating a vessel in violation of state boating law: prohibited transom rider [50 CFR 27.32(b)1ii: ARS 5-341 (b)].

**--- NOTHING FURTHER ---**

The foregoing statement is based upon:

☒ my personal observation ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

August 15, 2011 Sean Callaway

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/15/2011 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________
Date (mm/dd/yyyy) U.S. Magistrate Judge